IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOMALIA ODELLAS | ) ) ) | |
| Plaintiff | ) | Case No.: 13-1954-EGS |
| v. | ) ) | |
| THE STADIUM GROUP, LLC, et al | ) ) | |
| Defendants. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS</u>**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismiss all claims alleged in this matter against Defendant Stadium Group, LLC. Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by all attorneys of record.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed.

_____/s/_____
J. Wiggs, Esq.
The Wiggs Law Group, LLC
9701 Apollo Drive, Suite 301
Upper Marlboro, MD 20774
(240) 326-3711
Bar No.18231
Counsel for Plaintiff


_____/s/_____
Karen Todd, Esq.
The Bouchet Jackson Law Firm
601 Pennsylvania Ave. NW
South Building-Suite 900
Washington, DC 20004

Tel. 202-742-6324
Fax 202-540-9024
karentodd@bouchetjackson.com